IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE McDONALD<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| MARIROSA LAMAS, et al.,<br>Respondents | : | No. 13-6710 |

FILED
NOV 16 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW this 13th day of November, 2015, upon careful and independent consideration of the Report and Recommendation of Magistrate Judge Richard A. Lloret, and the submissions of the parties, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE as untimely filed;

3. There is no probable cause to issue a certificate of appealability.

SO ORDERED.

HON. JUAN R. SANCHEZ
U.S. District Court Judge